In the Matter of the Claim of GERTRUDE MANVILLE, Appellant, against NEW YORK STATE DEPARTMENT OF LABOR et al., Respondents.

Submitted February 19, 1945; decided March 1, 1945.

Motion by respondent State Insurance Fund to amend remittiture denied, with ten dollars costs. [See 294 N. Y. 1.]

GROMBACH PRODUCTIONS, INC., Respondent, v. FRED M. WARING, Appellant.

Submitted February 19, 1945; decided March 1, 1945.

Motion by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 609.]

ETHEL G. BECKER, Appellant, v. WALTER W. BECKER, Respondent.

Submitted February 19, 1945; decided March 1, 1945.

*Edmund S. Brown* for motion.

No one opposed.

Motion granted.